BPS-186                                                                          March 17, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **04-2692**

UNITED STATES OF AMERICA

VS.

WILLIAM FRAZIER

(D.DEL. CRIM. NO. 99-CR-00007)

Present:   RENDELL, FISHER and VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

Submitted are:

(1) Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2) Appellee's response

in the above-captioned case.

Respectfully,

Clerk

MMW/KCW/nf/ch

_____ORDER_____

The foregoing request for a certificate of appealability is denied, as Appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). Jurists of reason could not debate the District Court's resolution of Appellant's § 2255 motion, as expressed in the thorough analysis set forth in the District Court's memorandum opinion, because Appellant's claims are either meritless or procedurally barred. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336 (2003). <u>United States v. Booker</u>, — U.S. —, 125 S. Ct. 738 (2005), is not retroactively applicable to cases on collateral review. Cf. <u>United States v. Jenkins</u>, 333 F.3d 151 (3d Cir. 2003) (holding that <u>Apprendi</u> is not retroactively applicable to cases on collateral review). See also <u>Humphress v. United States</u>, — F.3d —, 2005 WL 433191, at *4 (6th Cir. Feb. 25, 2005) (holding that <u>Booker</u> is not retroactively applicable to cases on collateral review); <u>Varela v. United States</u>, — F.3d —, 2005 WL 367095, at *3 (11th Cir. Feb. 17, 2005) (same); <u>McReynolds v. United States</u>, — F.3d —, 2005 WL 237642, at *1 (7th Cir. Feb. 2, 2005) (same).

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: April 26, 2005

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk