OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  267-299-4926
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

**District of Delaware**  Clerk of District Court  Date  **April 26, 2005**
(District)

C. of A. Nos.  **04-2692**

**USA vs. Frazier**
(Caption)
**William Frazier**
(Appellant)

**DC No. 99CR00007**
(D.C. No.)

Enclosures
**April 26, 2005**  Certified copy of C. of A. Order by the Court in the above case
(Date)

**X**   We return the Record in the above case.

_____   Exhibits

_____   State Court Record

**X**   Copy of this form to acknowledge receipt and return to C. of A.

Carolyn Hicks  (267)-299- 4926
Case Manager  Telephone Number

*_____  (267)-299-_____
Record Processor  Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Appeals (Record)