OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

# United States Court of Appeals

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA 19106-1790

TELEPHONE

267-299-4926

**District of Delaware** Clerk of District Court

(District)

Date  **April 26, 2005**

C. of A. Nos.  **04-2692**

**USA vs.  Frazier**

(Caption)

**William Frazier**

(Appellant)

**DC  No.  99CR00007**

(D.C. No.)

Enclosures

**April 26,  2005** Certified copy of C. of A. Order by the Court in the above case

(Date)

**X       We return the Record in the above case.**

_____ Exhibits

_____ State Court Record

_____**X**_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Carolyn Hicks _____  (267)-299- 4926

Case Manager                Telephone Number

*_____  (267)-299-_____

Record Processor        Telephone Number

Receipt Acknowledge:

_____

(Name)

_____

(Date)

Appeals (Record)