# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 7, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: William Frazier
v. United States
No. 05-6842
(Your No. 04-2692)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

[RECEIVED NOV 1 4 2005 U.S.C.A. 3RD CIR.]

99-CR-00007 DE
JJF

[FILED NOV 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]