# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM FRAZIER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Criminal Action No.  99-007-JJF |
| | ) | Civil Action No.       02-140-JJF |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

  Notice is hereby given to the substitution of Lesley F. Wolf in place of Leonard P. Stark, as the attorney for the United States of America, in the above-captioned case.

           Respectfully submitted,

           COLM F. CONNOLLY
           United States Attorney


        BY: /s/Lesley F. Wolf
           Lesley F. Wolf
           Assistant United States Attorney
           The Nemours Building
           1007 Orange Street, Suite 700
           Wilmington, Delaware 19899-2046
           (302) 573-6277
           lesley.wolf@usdoj.gov

Dated: September 11, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No.   99-7-JJF |
| | ) | Civil Action No.        02-140-JJF |
| WILLIAM FRAZIER | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 11th of September 2007, I caused a copy of the foregoing notice to be served via U.S. mail the following:

        William Frazier
        Register No. 01073-748
        FCC-USP-1
        P.O. Box 1033
        Coleman, FL 33521-1033

        /s/ Lesley F. Wolf
        Lesley F. Wolf
        Assistant United States Attorney