99 CR 7 JJF

9-5-08

CLERK OF COURT,

      PLEASE SEND ME A RECEIPT. YOUR TIME AND CONSIDERATION IS APPRECIATED.

SINCERELY,

*[signature]*

WILLIAM FRAZIER

FILED
SEP 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE